■
**Lester MAXWELL, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 11737.**

United States Court of Appeals
Sixth Circuit.

April 10, 1953.

George E. H. Goodner and Dewey R. Roark, Jr., Washington, D. C., for petitioner.

Charles S. Lyon, Charles W. Davis, Ellis N. Slack, John M. Morawski, Hilbert Zarky and H. Brian Holland, Washington, D. C., for respondent.

Before ALLEN, MARTIN and McALLISTER, Circuit Judges.

PER CURIAM.

This case came on to be heard on the record and briefs and oral argument of counsel;

And it appearing that substantial evidence exists supporting the findings of fact of the Tax Court of the United States;

And it appearing that the Tax Court properly applied the applicable law, Commissioner v. Culbertson, 337 U.S. 733, 69 S. Ct. 1210, 93 L.Ed. 1659;

It is ordered that the order and decision of the Tax Court be and they are hereby affirmed.

■
**Everett E. WHITE, Appellant, v. BALTIMORE & OHIO RAILROAD COMPANY, Appellee.**

**No. 11718.**

United States Court of Appeals
Sixth Circuit.

April 13, 1953.

Herbert & Dombey, Columbus, Ohio, for appellant.

Alexander, Ebinger & Wenger, Columbus, Ohio, for appellee.

Before SIMONS, Chief Judge, and ALLEN and MARTIN, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel;

And it appearing that substantial evidence was presented supporting the verdict of the jury;

And no reversible error appearing in the record;

It is ordered that the judgment of the District Court be and it hereby is affirmed.